UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LINDA MELLEN,
    Plaintiff,             )
                           )
  V                          )
                           )    CA 04- 10644-JLT
TRUSTEES OF BOSTON        )
UNIVERSITY and FRANCES    )
A. DROLETTE,
    Defendants.

ORDER

APRIL 9 2004

TAURO, J.,

    I hereby recuse myself from this case in order to avoid a potential conflict of interest.

    See 28 U.S.C. Sec. 455(b)(4).

                                                       _____
                                                       United States District Judge