UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA MELLEN,<br><br>  Plaintiff,<br><br>  vs.<br><br>TRUSTEES OF BOSTON UNIVERSITY<br>AND FRANCES A. DROLETTE,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 04 - 10644 - MEL<br>)<br>)<br>)<br>)<br>) |

DEFENDANTS' UNOPPOSED MOTION TO AMEND ANSWER

Pursuant to Fed. R. Civ. P. 15(a), Defendants Trustees of Boston University and Frances A. Drolette (the "University") file this Unopposed Motion to Amend their Answer in the above-referenced case. As grounds for this Motion, the University states that the Third Affirmative Defense as set forth in the original Answer is inapplicable to Plaintiff's claims, and is therefore withdrawn and replaced with what was the Fourth Affirmative Defense. Plaintiff's counsel has no objection to this Motion.

Enclosed with this Motion is the University's Amended Answer, deleting the Third Affirmative Defense.

                                            Respectfully submitted,

                                            TRUSTEES OF BOSTON UNIVERSITY
                                            AND FRANCES A. DROLETTE,
                                            By their attorney,

                                            s/Lawrence S. Elswit
                                            Lawrence S. Elswit (BBO #153900)
                                            Boston University
                                            Office of the General Counsel
                                            125 Bay State Road
                                            Boston, Massachusetts  02215
Date:  August 23, 2004                         (617) 353-2326