UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04-10644-MEL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
LINDA MELLEN,
   Plaintiff,

v.

TRUSTEES OF BOSTON
UNIVERSITY and FRANCES
A. DROLETTE,
   Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATION OF THE PARTIES REGARDING SCHEDULE FOR DISCOVERY, AND FOR DISPOSITIVE MOTIONS AND RELATED OPPOSITIONS

The plaintiff, Linda Mellen, and the defendants, Trustees of Boston University and Frances A. Drolette, by counsel, stipulate to the following regarding the discovery schedule in this matter, and the parties' filing of dispositive motions and oppositions:

(1) The discovery period is extended from June 24, 2005 to and including July 6, 2005, for the sole purpose of accommodating plaintiff's deposition of the defendant Drolette, said extension being necessary as a result of other professional commitments of defendants' counsel. The discovery deadline of June 24, 2005, will otherwise remain in place.

(2) All potentially dispositve motions shall be filed on or before August 24, 2005, with oppositions due no later than October 14, 2005.

Linda Mellen, by her attorney,

_____
Harry C. Beach BBO#547893
**Law Offices of Harry C. Beach**
30 Walpole Street
Norwood, MA 02062
Office: 781.255.5573
Cell: 617.968.4531
HBeach@HarryBeach.com

**Trustees of Boston University** and
**Frances A. Drolette,** by their attorney,

*/s/ Crystal D. Talley*   By HB AS per CDT 5/16/05

Crystal D. Talley BBO#633759
**Boston University, Office of General Counsel**
125 Bay State Road
Boston, MA 02215
617.353.2326

May 16, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on May 16, 2005.
Signed: _____