UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04-10644-MEL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
LINDA MELLEN,
    Plaintiff,

v.

TRUSTEES OF BOSTON
UNIVERSITY and FRANCES
A. DROLETTE,
    Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Plaintiff Linda Mellen moves for the Court's leave, in accordance with LR, D.Mass, R. 7.1(B)(3), to file a Reply to defendants' Opposition to Plaintiff's Motion to Compel Production of Documents.

As grounds for this Motion, plaintiff submits that defendants' Opposition contains misstatements of fact that require correction.

Plaintiff's Reply is attached hereto for the convenience of the Court.

Respectfully submitted,
Linda Mellen, by her attorney,

Harry C. Beach BBO#547893
Law Offices of Harry C. Beach
30 Walpole Street
Norwood, MA 02062
Office: 781.255.5573
Cell: 617.968.4531
AttyBeach@aol.com *or*
HBeach@HarryBeach.com

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand)
on July 26, 2005
Signed: _____

*July 26, 2005*