**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**No. 04-10644-MEL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**LINDA MELLEN,**
        **Plaintiff,**

**v.**

**TRUSTEES OF BOSTON**
**UNIVERSITY and FRANCES**
**A. DROLETTE,**
        **Defendants.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (LIABILITY)

In accordance with Fed.R.Civ.P., R. 56(a), (c), and Local Rule 56.1, the plaintiff Linda Mellen moves for the entry of summary judgment against the defendants, jointly and severally, on the issue of liability.

In support of her Motion, plaintiff states that upon the undisputed material facts, defendants are jointly and severally liable for their interference with and breach of her substantive rights under the Family and Medical Leave Act, 29 U.S.C. s. 2611 *et seq.*, and/or Massachusetts Small Necessities Leave Act, 149, s. 52D. In sum, defendants wrongfully terminated plaintiff's 26+ year career at the defendant University because she – defendants contend – missed a single day of work. In addition, defendants are liable to the plaintiff Mellen for retaliating and/or discriminating against her because of her assertion of family leave rights.

For these reasons, and in light of the accompanying Statement of Undisputed Material Facts, supporting Memorandum of Law, and Exhibits at Tabs 1-21, plaintiff requests the entry of judgment in her favor.[1]

In addition, plaintiff requests the Court's leave to submit evidence of her right to reinstatement and damages.

### REQUEST FOR ORAL ARGUMENT

In accordance with LR, D.Mass., Rule 7.1(D), the plaintiff Linda Mellen requests oral argument before the Court.

Respectfully submitted,
**Linda Mellen,** by her attorney,

Harry C. Beach BBO#547893
**Law Offices of Harry C. Beach**
30 Walpole Street
Norwood, MA 02062
Office: 781.769.6900
Cell: 617.968.4531
**AttyBeach@aol.com**

**August 24, 2005**

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) messenger on August 24 2005.

Signed:

---

[1]     For the Court's convenience and reference, a Schedule is attached to this Motion, identifying by number plaintiff's supporting Exhibits at Tabs 1-21.

As the Court will note, nearly all of the facts that plaintiff asserts as undisputed arise from the defendants' own admissions and deposition testimony.

## SCHEDULE OF EXHIBITS – PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| Exhibit 1 | Complaint |
| 2 | Defendants' Amended Answer |
| 3 | Deposition of George T. Snowden, BU's Director of Personnel |
| 4 | Drolette's November 20, 2003 termination letter |
| 5 | Deposition of Dr. Robert Meenan, Dean, BU School of Public Health |
| 6 | Deposition of defendant Drolette, Associate Dean, SPH |
| 7 | Affidavit of plaintiff Mellen |
| 8 | Deposition of Dzidra Knecht, former Associate Dean, SPH |
| 9 | Plaintiff's family leave application |
| 10 | BU's approval of plaintiff's family leave request |
| 11 | Calendar |
| 12 | Plaintiff's August 2003 medical submission |
| 13 | Snowden's August 21, 2003 notes |
| 14 | Drolette's October 24, 2003 letter of reprimand |
| 15 | Attorney Beach's November 20, 2003 letter |
| 16 | Plaintiff's November 19, 2003 letter |
| 17 | BU Personnel Policy Manual |
| 18 | Snowden's November 19, 2003 notes |
| 19 | Deposition of BU's Eileen Dennis |
| 20 | Massachusetts Attorney General Advisory Opinion 98/1 |
| 21 | Attorney General's private right-to-sue letter to plaintiff |