UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04-10644-MEL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**LINDA MELLEN,**
    **Plaintiff,**

v.

**TRUSTEES OF BOSTON
UNIVERSITY and FRANCES
A. DROLETTE,**
    **Defendants.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPORTING MEMORANDUM IN EXCESS OF 20 PAGES

In accordance with LR, D.Mass., R. 7.1(B)(4), the plaintiff Linda Mellen requests the Court's leave to file a supporting memorandum with respect to her Motion for Summary Judgment (Liability), which is in excess of 20 pages (that is, 26 pages).

As grounds for this Motion, plaintiff states that a thorough discussion of the applicable legal analyses under the Family and Medical Leave Act, 29 U.S.C. ss. 2611 *et seq.*, and Massachusetts Small Necessities Leave Act, M.G.L. ch. 149, s. 52D, particularly given the extensive set of facts admitted or otherwise undisputed by defendants, reasonably requires more than 20 pages of double-spaced type.

For these reasons, and in consideration of the Supporting Memorandum filed this day, the plaintiff Mellen requests the Court's leave to file such Memorandum of 26 pages in double-spaced type.

        Respectfully submitted,
        **Linda Mellen,** by her attorney,

        Harry C. Beach BBO#547893
        **Law Offices of Harry C. Beach**
        30 Walpole Street
        Norwood, MA 02062
        Office: 781.769.6900
        Cell: 617.968.4531
        AttyBeach@aol.com

**August 24, 2005**

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by ~~mail (by hand)~~ — MESSENGER
on August 24, 2005.
Signed: _____

2