**Drolette, Frances**

---

| | |
|---|---|
| **From:** | Mellen, Linda |
| **Sent:** | Tuesday, November 26, 2002 4:55 PM |
| **To:** | Drolette, Frances; Meenan, Robert |
| **Subject:** | Vacation Request |

Fran and Bob,

Due to my need to spend some quality time with my aging mother, I respectfully request permission to take the month of March, 2003 off, and charge it to my accrued vacation time. I realize that this may place a burden on the school. However, I am willing to remain in daily contact, if necessary, to resolve any budgetary issues that may arise during my absence.
Thank you for your kind consideration of this matter.

-Linda

BU 0233