## Drolette, Frances

| | |
|---|---|
| From: | Mellen, Linda |
| Sent: | Thursday, April 24, 2003 8:50 AM |
| To: | Drolette, Frances |
| Subject: | FW: |

Fran,

Sorry, the correct date is Wednesday, April 30, 2003.

-Linda

-----Original Message-----
From: Mellen, Linda
Sent: Thursday, April 24, 2003 5:13 AM
To: Drolette, Frances
Subject:

Hi Fran,

I will need be out of the office on the following days to take my Mom to some doctor's appointments:

  Wednesday, April 29, 2003
  Monday, May 12, 2003, and
  Monday, June 9, 2003.

Thanks.

-Linda

BU 0238