School of Public Health - Monthly Time Sheet                                    Page 1 of 2

# BOSTON UNIVERSITY SCHOOL OF PUBLIC HEALTH

# EXEMPT EMPLOYEE MONTHLY TIME RECORD

Name:        Linda Mellen

Department: Finance Office

Phone:       (617) 414-1406



The purpose of this record is to report all sick, vacation, and other University designated leaves. Please note absences below, using the following notation:

S=SICK                                                              V=VACATION

L=Other kinds of leave-please specify jury duty, maternity leave*, military leave*, sympathy leave, etc. Consult the University Personnel Manual for details.

MONTH/YEAR: **June-2003**

| Date      | Type     | Amount | Comment |
|-----------|----------|--------|---------|
| 6/4/2003  | Sick     | 1      |         |
| 6/5/2003  | Sick     | 1      |         |
| 6/9/2003  | Sick     | 1      |         |
| 6/12/2003 | Sick     | 1      |         |
| 6/16/2003 | Vacation | 1      |         |
| 6/17/2003 | Vacation | 1      |         |
| 6/18/2003 | Sick     | 1      |         |
| 6/19/2003 | Sick     | 1      |         |

Comments: _____

_____                        _____ 7/2/03
Employee's Signature                             Supervisor's Signature
7/1/03
Date

BU 0172

Please note your current time balances as of *6/30/2003* are **Sick=125.25** and **Vacation=62.48**. If you disagree with these figures please contact Theresa McDonald at 638-4183.

                                                                       7/1/2003

## BOSTON UNIVERSITY SCHOOL OF PUBLIC HEALTH

## EXEMPT EMPLOYEE MONTHLY TIME RECORD



Name:       Linda Mellen

Department: Finance Office

Phone:      (617) 414-1406

The purpose of this record is to report all sick, vacation, and other University designated leaves. Please note absences below, using the following notation:

S=SICK                                V=VACATION

L=Other kinds of leave-please specify jury duty, maternity leave*, military leave*, sympathy leave, etc. Consult the University Personnel Manual for details.

MONTH/YEAR: **May-2003**

| Date | Type | Amount | Comment |
|---|---|---|---|
| 5/12/2003 | Sick | 1 | |
| 5/20/2003 | Sick | 1 | |

Comments: _____

_____

_____       _____ Ouelette 6/4/03
Employee's Signature                         Supervisor's Signature

Date  6/2/03

Please note your current time balances as of **5/31/2003** are **Sick=129.5 and Vacation=62.4**. If you disagree with these figures please contact Theresa McDonald at 638-4183.

*This leave must be requested and approved in advance.

BU 0173

http://dcc2.bumc.bu.edu/People/MonthlyTimeSheet.asp                    6/2/2003

# BOSTON UNIVERSITY SCHOOL OF PUBLIC HEALTH

## EXEMPT EMPLOYEE MONTHLY TIME RECORD

Name:       Linda Mellen

Department: Finance Office

Phone:      (617) 414-1406



The purpose of this record is to report all sick, vacation, and other University designated leaves. Please note absences below, using the following notation:

S=SICK                          V=VACATION

L=Other kinds of leave-please specify jury duty, maternity leave*, military leave*, sympathy leave, etc. Consult the University Personnel Manual for details.

MONTH/YEAR: **April-2003**

| Date      | Type | Amount | Comment |
|-----------|------|--------|---------|
| 4/7/2003  | Sick | 1      |         |
| 4/30/2003 | Sick | 1      |         |

Comments: _____

_____

_____                    _La Doucette_ 6/4/03
Employee's Signature                        Supervisor's Signature

_Linda Mellen_
Date 6-2-03

Please note your current time balances as of 4/30/2003 are **Sick**=129.75 and Vacation=60.32. If you disagree with these figures please contact Theresa McDonald at 638-4183.

*This leave must be requested and approved in advance.

BU 0174