UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04-10644-MEL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**LINDA MELLEN,**
    **Plaintiff,**

v.

**TRUSTEES OF BOSTON
UNIVERSITY and FRANCES
A. DROLETTE,**
    **Defendants.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Plaintiff's Affidavit in Opposition to Defendants' Statement of Undisputed Material Facts

I, Linda Mellen, plaintiff in the captioned matter, submit this Affidavit upon my personal knowledge and recollection, under the pains and penalties of perjury:

(1) During a May 19, 2003 meeting with me, the University's Director of Personnel George Snowdon confirmed for me what Frances Drolette had previously OK'd, that my October 2003 vacation had been approved.

(2) I did not receive any communication from defendants at any time prior to or during October 2003 that rescinded their approval of my October vacation, or which communicated to me that I had not satisfied the condition(s) that defendants now contend was/were tied to their approval.

So stated, this 10th day of October 2005.

_____
**Linda Mellen**