UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA MELLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>TRUSTEES OF BOSTON UNIVERSITY<br>AND FRANCES A. DROLETTE,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-10644-MEL<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

I, Crystal D. Talley, enter my appearance as attorney for Defendant Trustees of Boston University and Frances A. Drolette in the above-entitled case.

Date:  October 18, 2005

                                      Crystal D. Talley (BBO #633759)
                                      Boston University
                                      Office of the General Counsel
                                      125 Bay State Road
                                      Boston, Massachusetts 02215
                                      617-353-2326