UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA MELLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>TRUSTEES OF BOSTON UNIVERSITY<br>AND FRANCES A. DROLETTE,<br><br>    Defendants. | Civil Action No. 04-10644-MEL |

**JOINT MOTION TO REFER**
**MATTER TO MEDIATION**

The parties respectfully request that the Court refer this matter to the Court-Sponsored Mediation program.

| LINDA MELLEN, | TRUSTEES OF BOSTON UNIVERSITY |
|---|---|
| By her attorney, | AND FRANCES A. DROLETTE |
| | By their attorney, |
| | |
| ____/s/ Harry C. Beach_____ | _____/s/ Crystal D. Talley_____ |
| Harry C. Beach, BBO#547893 | Lawrence S. Elswit, BBO # 153900 |
| Law Offices of Harry C. Beach | Crystal D. Talley, BBO # 633759 |
| 30 Walpole Street | Boston University |
| Norwood, MA 02062 | Office of the General Counsel |
| Office: 781.255.5573 | 125 Bay State Road |
| Cell: 617.968.4531 | Boston, Massachusetts  02215 |
| HBeach@HarryBeach.com | (617) 353-2326 |

Dated:  December 20, 2005