**Boston University**

Office of the General Counsel
125 Bay State Road
Boston, Massachusetts 02215
Tel: 617-353-2326
Fax: 617-353-5529

Todd L. C. Klipp
*Vice President and*
*General Counsel*

Willis G. Wang
*Deputy General Counsel*

Michael B. Rosen
Lawrence S. Elswit
Stephen A. Williams
Dennis C. Hart
Erika Geetter
Diane Levine Gardener
Crystal D. Talley
Kathleen C. Farrell

By U.S. Mail
August 1, 2005

Harry C. Beach, Esq.
Law Offices of Harry C. Beach
30 Walpole Street
Norwood, Massachusetts 02062

RE:   Mellen v. Trustees of Boston University, et al.,
      Civil Action No. 04-10644-MEL (D. Mass.)

Dear Mr. Beach:

Pursuant to my letter of July 19, enclosed are documents from the personnel files of employees on the Medical Campus who failed to return from FMLA leave and do not appear to have provided written notice to BU that they did not plan to return.

In order to protect the privacy and confidential health information of these individuals we have redacted the names and other identifying information, as well as references to medical diagnoses. The documents represent eight employees, as follows:

| Employee | Bates range |
|---|---|
| Employee "A" | BU 0518 – 524 |
| Employee "B" | BU 0535 – 535 |
| Employee "C" | BU 0536 – 549 |
| Employee "D" | BU 0550 – 559 |
| Employee "E" | BU 0560 – 566 |
| Employee "F" | BU 0567 – 571 |
| Employee "G" | BU 0572 – 578 |
| Employee "H" | BU 0579 – 592 |

**Boston University**

Office of the General Counsel
125 Bay State Road
Boston, Massachusetts 02215
Tel: 617-353-2326
Fax: 617-353-5529



I have also enclosed a "Frequently Used Codes" chart, which identifies the two-digit "reason code" that appears on payroll turnaround forms for leaves of absence and for terminations. For example, the code for "Not Return From LOA" is "44."

If you have any questions please do not hesitate to call me.

Best regards,

Crystal D. Talley

Enclosures