3



# LAW OFFICES OF HARRY C. BEACH

30 Walpole Street, Norwood, Mass. 02062

E-mail  AttyBeach@aol.com
HBeach@HarryBeach.com

Direct Dial:  781.255.5573
Cell          617.968.4531
Fax           781.769.6989

October 25, 2005

Attorney Crystal D. Talley
Associate General Counsel
Boston University, OGC
125 Bay State Road
Boston, MA 02215

    **Re: Linda Mellen v. Trustees of B.U. and Frances Drolette, C.A. No. 04-10644-MEL**

Dear Christy:

    As the enclosed Motion for Reconsideration indicates, we believe that our "interference" claim should be submitted to the jury along with our retaliation claim.

    Please let me know when we might expect the documents responsive to our Request No. 5, as compelled by the Court's Order of October 19, 2005.

    Thank you.

                                           Truly yours,

                                           Harry C. Beach

*Enclosures (letter to court, Motion, Memo)*
*By messenger*

This message has been scanned for known viruses.

**From:** AttyBeach
**To:** ctalley@bu.edu

**Subject:** BU's Production of Documents
**Date:** Mon, 21 Nov 2005 12:15:19 -0500

Christy,

I have not heard from you since your November 3, 2005 letter, which responded to my October 25, 2005 inquiry regarding BU's document production as required by Judge Lasker's order of October 19, 2005. Please advise me as soon as possible regarding the status of BU's production, as I am preparing to bring this situation to Judge Lasker's attention.

If there are responsive documents, they should not be redacted in any respect, as we will need to contact/depose the identified employees.

If there are no responsive documents, we will need an affidavit from the appropriate Keeper of Records to that effect, including a detailed account of what files and databases were searched.

Thank you.

Harry

Law Offices of Harry C. Beach
30 Walpole Street
Norwood, MA 02062

Office: 781.255.5573
Cell: 617.968.4531
Fax: 781.769.6989
Email: AttyBeach@aol.com
  HBeach@HarryBeach.com
Domain: HarryBeach.com