**Boston University**

Office of the General Counsel
125 Bay State Road
Boston, Massachusetts 02215
Tel: 617-353-2326
Fax: 617-353-5529

Todd L. C. Klipp
*Vice President and*
*General Counsel*

Willis G. Wang
*Deputy General Counsel*

Michael B. Rosen
Lawrence S. Elswit
Stephen A. Williams
Dennis C. Hart
Erika Geetter
Diane Levine Gardener
Crystal D. Talley
Kathleen C. Farrell

By Hand
December 1, 2005

Harry C. Beach, Esq.
Law Offices of Harry C. Beach
30 Walpole Street
Norwood, Massachusetts 02062

RE:  Mellen v. Trustees of Boston University, et al.,
     Civil Action No. 04-10644-MEL (D. Mass.)

Dear Mr. Beach:

Pursuant to the Court's Order of October 19, enclosed please find documents responsive to Plaintiff's Request No. 5 for Production of Documents. These are documents concerning leave from the personnel files of employees who failed to return from leave and do not appear to have provided written notice that they did not plan to return. As we have done in producing documents in response to Request No. 5 in the past, in order to protect the privacy and confidential health information of these individuals we have redacted the names and other identifying information, as well as references to medical diagnoses. The documents represent ten employees, as follows:

| | |
|---|---|
| Employee "I" | BU 0593 – 0598 |
| Employee "J" | BU 0599 – 0601 |
| Employee "K" | BU 0602 – 0603 |
| Employee "L" | BU 0604 – 0606 |
| Employee "M" | BU 0607 – 0610 |
| Employee "N" | BU 0611 |
| Employee "O" | BU 0612 – 0616 |
| Employee "P" | BU 0617 – 0618 |
| Employee "Q" | BU 0619 – 0632 |
| Employee "R" | BU 0633 – 0644 |



If you have any questions please do not hesitate to call me.

Best regards,

*Crystal D. Talley*
Crystal D. Talley

Enclosures