# EXHIBIT 1



# Boston University School of Medicine
## Slone Epidemiology Unit



RECEIVED
AUG 2 4 2000

August 23, 2000

Redacted

Dear

As you are aware, you recently concluded a medical leave and were expected to return to work on August 8, 2000. You have neither returned to work nor responded to my telephone message of August 10, 2000, or my letter of August 14, 2000. As you have not appeared for work or contacted us, I can only conclude that you have chosen to voluntarily terminate your employment with Boston University. Accordingly, I will be processing the paperwork today to terminate you from the system.

We hope that you are feeling better and wish you all the best in the future.

Sincerely,

Linda

Linda H. McNeil
Administrator

Cc: Allen A. Mitchell, M.D.
    Dawn Jacobs
    George T. Snowdon

BU 0536

1371 Beacon Street    Brookline, Massachusetts 02446-4955    (617) 734-6006    Fax: (617) 738-5119

# Boston University School of Medicine
Slone Epidemiology Unit



RECEIVED
AUG 1 6 2000
Boston University Medical Center

August 14, 2000

Redacted

Dear

As you know, your recent medical leave under the Family and Medical Leave Act began on May 16, 2000, and ended on August 8, 2000, as detailed in the letter of July 7, 2000, from George T. Snowdon. We have not heard from you concerning your intentions to either return to work or to extend your medical leave. We, therefore, will have to fill your position and will be happy to accept your application for appropriate positions that may become available in the future.

We will be receptive to your request to extend your medical leave. Please put your request in writing and send it to my attention.

We all hope that you are feeling better.

Sincerely,

Linda

Linda H. McNeil
Administrator


Cc: Allen A. Mitchell, M.D.
    Dawn Jacobs
    George T. Snowdon

BU 0537

1371 Beacon Street   Brookline, Massachusetts 02446-4955   (617) 734-6006   Fax: (617) 738-5119

# SLONE EPIDEMIOLOGY UNIT

**Interoffice Memo**

TO: George Snowden
Michelle Hamm

FROM: Maureen Corbett  *(signature)*

DATE: July 18, 2000

RE: Redacted

---

Attached you will find _____'s turnaround. She has been on a medical leave since May 17, 2000. We just received the completed request last week so her turnaround was never sent over for processing. She has been approved for her leave until 8/7/00 although she should not get paid after 7/25/00.

Please let me know if you need any further information.

Thank you.

Maureen

WORD:MMOTEMP

BU 0538

# BOSTON UNIVERSITY
## MEDICAL CAMPUS
### Leave of Absence – Available Paid Time (Staff)

00 JUL 14 AM 10: 42

To: __Redacted__
(Employee)

RECEIVED
BOSTON UNIVERSITY MEDICAL CAMPUS

From: __LINDA McNEIL__
(Mail Code Coordinator)

Date: __7/12/00__

This will confirm the available paid time which will be applied to your:

__X__ Leave of Absence which has been approved from __5/17/00__ to __8/7/00__

____ Intermittent Leave or Reduced Time Schedule which has been approved on the following basis:

_____

_____

_____

As of __7/25/00__ our records show the following available paid time:

|  |  | will be applied to leave | will not be applied to leave |
|---|---|---|---|
| Sick Time | 31.51 hrs. | 31.51 hrs. | _____ |
| Vacation Time | 375.14 hrs. | 376.49 hrs. | _____ |
| Compensatory time | ___ | _____ | _____ |
| Personal Days | ___ | _____ | _____ |

Period of paid leave: __5/17/00__ to __7/25/00__

Period of unpaid leave: __7/26/00__ to __8/7/00__

Please refer to the reverse side of the Staff Request / Notification for Leave form for further information, or contact the Manager of Benefits at 617-638-4610.

Please call me at __734-6006__ if you have any questions regarding this information.

copy: Manager of Benefits, Office of Personnel, 560 Harrison Aven., floor

BU 0539

Rev 2/00



**Boston University Medical Campus**

Office of Personnel

715 Albany Street, 560-4
Boston, Massachusetts 02118   (Mailing Address)

560 Harrison Avenue, 4th Floor
Boston, Massachusetts 02118   (Location)

Tel: (617) 638-4610
Fax: (617) 638-8820

George T. Snowdon
Director of Personnel

July 7, 2000

Redacted

RE: Family and Medical Leave

Dear

This confirms that you have requested a Family and Medical Leave under Boston University's Family and Medical Leave Policy (the "Policy") and the Family and Medical Leave Act of 1993 (the "FMLA"). This letter is intended to give you basic information about some of your rights and obligations under the Policy and the FMLA.

### Designation of Leave and Effect on Leave Entitlement

Subject to any verification that may be required under this Policy, your leave is designated as a leave covered by both the Policy and the FMLA. Under the FMLA you are entitled to up to 12 weeks of qualifying Family and Medical Leave in a 12 month period.

### Pay Status During Leave

You may qualify to receive pay while on leave under the University's Sick Leave or Short-term Disability policies. If so, you should follow the procedures under these policies to request paid leave. Once your sick leave is exhausted, any accrued but unused vacation and available compensatory time must be used to the extent available for the remainder of your leave.

### Health and Dental Plan Coverage

During the leave you will have the opportunity to continue your health and dental plan coverage by paying the same share for such coverage as is charged to active employees. During any paid portion of your leave, the employee share will be deducted from your pay in the same manner as it is for active employees.

BU 0540

·Family and Medical Leave Request                                Page 2
July 7, 2000

During any unpaid portion of your leave, the Benefits Office will contact you directly to make arrangements for you to make your regular payments to the health and dental plans. If you do not pay the required employee share within 30 days of the date that payment is due, your health and dental plan coverage will cease.

## Providing Information While on Leave

During the leave, you may be contacted periodically about your status and/or about your intent to return to work. You will be expected to be fully responsive to such requests. You may also be required to provide medical information under certain circumstances when requested.

## Conditions of Return from Leave

If you return from your Family and Medical Leave in twelve weeks or less, you will be entitled to return to the same or similar position without loss of employment benefits for which you are eligible on the date the leave commenced. If you advise the University that you do not intend to return to work (or if you fail to return to work by the expected return date), you will be considered to have resigned voluntarily from the University.

If you are granted a leave beyond the twelve week period, you shall receive every reasonable consideration by the University to return to your original position or to a position of like responsibility and pay; however, the University cannot guarantee your position at Boston University.

Please be advised that the term of your employment at Boston University and your employment rights are not extended or augmented as a result of an approved leave of absence.

## Other Terms

Other terms that apply to your leave are marked below:

_X_  You have given notice of a need for a Personal Leave. The leave is scheduled to begin (or already began) on May 16, 2000. You are currently expected to return to work on your regular schedule on August 8, 2000. Please let me know as soon as possible if circumstances change that could affect the timing of the beginning or end of the leave.

_X_  You have requested a Personal Medical Leave. Entitlement to the leave is subject to medical verification. Please have your health care provider complete the attached Certification of Physician or Practitioner and ensure that it is returned to me within 15

BU 0541

- Family and Medical Leave Request                                Page 3
July 7, 2000

days. Failing to have the form completed and returned in a timely manner could result in the delay or denial of the leave.

If your provider of health care services is not a licensed physician, you may need to have the Certification completed by someone else. Please let me know if you have any questions about whether your provider of health care services may complete the form. In any event, you may be required to obtain a second opinion from a physician designated by the University. In some cases, a third opinion may be required. You may also be required to provide medical verification during the course of the leave.

Provided that there is timely medical verification for the leave, the leave is scheduled to begin (or already began) on May 16, 2000. You are currently expected to return to work on your regular schedule on August 8, 2000. Please let me know as soon as possible if circumstances change that could affect the timing of the beginning or end of the leave.

___ Due to the anticipated length of your Personal Medical Leave, before you return to work you will be required to provide me with a certification from your health care provider that you are able to return to work.

___ You are required to deliver to me medical verification to support the leave every 30 days. Please ensure that the health care provider updates his or her medical assessment and completes new certifications so that I receive them every 30 days during your leave.

___ Provided that you receive proper medical verification (subject to the second and third opinion process set forth above) that an intermittent or reduced leave schedule is medically necessary, you will be placed on such a leave. The schedule for your leave is as follows:
_____

___ You and the University have agreed to an intermittent or reduced leave schedule. The schedule for your leave is as follows:
_____

___ Other terms:
_____
_____
_____

BU 0542

- Family and Medical Leave Request                                    Page 4
July 7, 2000

If you should have any questions regarding Boston University's Family and Medical Leave Policy, please feel free to contact me directly at 638-4610.

Sincerely,

George T. Snowdon
Director of Personnel

PDT/
Attachment
Copy: Maureen Corbett, Mail Code Coordinator, with attached Paid Time form

BU 0543

# BOSTON UNIVERSITY
## STAFF REQUESTING NOTIFICATION OF LEAVE

Instructions: Please complete all applicable sections, sign and date this form.

**Section One:** Your Information

Redacted

Slone Epidemiology Unit — Unit/Dept

Title: Nurse Interviewer

Phone: Office 617-734-6006    Home: Redacted

**Section Two:** Type of Family and Medical Leave

Please indicate below which type of leave you are requesting:

| Reason for Request | Purpose | Documents Needed | Complete Sections... |
|---|---|---|---|
| ☒ Medical Leave | ☐ Birth of Child or Maternity Leave | None | Four or Five, and Seven |
|  | ☒ My Serious Health Condition | Medical Certification Form | Four or Five, Six and Seven |
| ☐ Personal Leave | ☐ Care for Family Member with Serious Health Condition | Medical Certification Form and Certification of Need for Employee's Presence | Four or Five, Six and Seven |
|  | ☐ Adoption, Foster Care, Placement of a Child* or Care of Newborn Child Born to Spouse | None *Verification of placement of child | Four or Five, and Seven |

**Section Three** ☐ Other Personal Leave — Written request from employee — Four and Seven

**Section Four:** Period of Your Leave (Other than Intermittent or Reduced Time Leave)
I expect to be away from work for the following dates/work days:

FROM: 5/17/00   TO: unknown   Total Work Days Away: _____

**Section Five:** Flexibility on Scheduling of Your Leave Time (Intermittent or Reduced Time Leave)
I am requesting the following intermittent or reduced time schedule for the duration of my leave:

_____

Please refer to reverse of form for explanation.

**Section Six:** Documents Required for Approval of Your Request
The documents indicated in Section Two:
☒ are included   or   ☐ will be sent within 15 days of the date of this request.

**Section Seven:** Signatures/Approvals
I have read and understand the information on the reverse side of this form.

Redacted — Employee's Signature/Date

Supervisor's Signature/Date

617-734-6006
Supervisor's Phone Number

Other Departmental Signatures

PLEASE READ IMPORTANT INFORMATION ON REVERSE SIDE

9/94

Note: Once your leave request has been reviewed and approved, you will receive written confirmation from the Office of Personnel.

BU 0544

BOSTON UNIVERSITY  
Office of Personnel  
80 East Concord Street, T2W  
Boston, MA 02118

Certification of Physician  
or Practitioner  
(Family and Medical Leave Act of 1993)

1. Employee's Name

   Redacted

2. Patient's Name (if other than employee)

3. Diagnosis

   Redacted

4. Date condition commenced

   5/17/00 DATE OF LEAVE

5. Probable duration of condition

   Indefinite

6. Regimen of treatment to be prescribed (indicate number of visits, general nature and duration of treatment, including referral to other provider of health services. Include schedule of visits or treatment if it is medically necessary for the employee to be off work on an intermittent basis or to work less than the employee's normal schedule of hours per day or days per week).

   a. By Physician or Practitioner

      1) Regular visits to Pain unit at Spaulding Rehab
      2) monthly or biweekly visits to [illegible]

   b. By another provider of health services if referred by Physician or Practitioner

      SMH

If this certification relates to care for the employee's seriously-ill family member, skip items 7, 8 and 9 and proceed to items 13 thru 20 on reverse side. Otherwise, continue below.

Check Yes or No in the boxes below, as appropriate

7. Is inpatient hospitalization of the employee required?  
   ___ Yes  ✓ No

8. Is employee able to perform work of any kind?  
   (If "No", skip item 9)  ___ Yes  ✓ No

9. Is employee able to perform the functions of employee's position? (Answer after reviewing statement from employer of essential functions of employee's position, or, if none provided, after discussing with employee)  ___ Yes  ___ No

10. Signature of Physician or Practitioner

    [signature]

11. Date  6/26/00

12. Type of Practice (Field of Specialization, if any)  FM

BU 0545

Form WH-380



# BETH ISRAEL DEACONESS MEDICAL CENTER
A member of CAREGROUP

**Arnold Pain Management Center**

330 Brookline Avenue  
Boston, Massachusetts 02215 USA

617 667-3334  
Fax 617 667-8065

May 16, 2000

To Whom It May Concern:

Re: Redacted

Please be informed that _____ has been under our care for her chronic pain condition. It is our opinion that her condition has been worsening and increasingly interfering with her ability to function. As a result, we recommend that at this time she be given medical leave from her work so that she can obtain more intensive treatment.

Thank you for your cooperation in this matter.

Sincerely,

Joseph F. Audette, M.D.



BU 0546



Beth Israel Deaconess Medical Center, Boston, is a major teaching hospital of Harvard Medical School.  
A founding member of CareGroup,℠ an organized system of quality healthc- · serving the individual, family, and community.

# BOSTON UNIVERSITY — BUMC PERSONNEL, CHRV BUDGET — TURNAROUND FORM PR-1-006

Employee: Redacted

**POSITION TITLE:** NURSE INTERVIEWER

**WORK LOCATION:** 371 BEACON STREET

**OFFICE TELEPHONE:** 617 734 6005

**TERMINATION — LAST DAY OF WORK:** 4/4/2000

**REMARKS:** terminate

Signatures: Maureen [Redacted] 5/22/00

BU 0547

# Boston University — BUMC Personnel/University Budget Turnaround Form

**EMPLOYEE ID:** Redacted
**EMPLOYEE NAME:** Redacted
**EFFECTIVE DATE:** 20000717

## ID or L2 Transfer / Leave of Absence – No Pay / Termination

| Level 2 | Employee Status | Reason | Date | Reason | Begin Date | Return Date | Reason | Last Day of Work |
|---|---|---|---|---|---|---|---|---|
| D | N | | | 73 | 20000517 | 20000725 | | |
| | | | | 74 | 20000726 | 20000807 | | |

**Grade:** 1
**Position Number:** 000519
**Position Title:** NURSE INTERVIEWER
**Date of Current Position:** 000519
**Work Location:** 371 BEACON STREET
**Office Telephone:** 6177345106
**Vac Acc:** 0

| Mail Code | Pay Frequency | Pay Status | Employment Code | Workers Comp Co | Job Code | Appointment Status | Rep Status | Assignment Duration | % Time Empl | Academic Rank |
|---|---|---|---|---|---|---|---|---|---|---|
| C041 | 4 | 6 | A0 | 8968 | 317 | 1 | NPEP | 12AD | 100 | |

## Salary Change Information

| Date of Change | Reason Cd | % of Annual Change | Annual Amount of Change |
|---|---|---|---|
| 99907011 | 2 | 3.12 | 400 |

**REMARKS:** medical leave unpaid

| Fund | Unit | Department | Object | Normal Hours per Pay Period | Hourly Rate | Salary per Pay Period | Base Salary per Year | PDS Paid |
|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 57242 | 0903 | | | Redacted | | |

## Salary Splits

| % of Split | Fund | Unit | Department | Object | Source | Acc | Terminal Date | Split Amount per Pay Period | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2000 | 0 | 00 | 57242 | 0903 | 24759 | | 20010630 | Redacted | |
| 8000 | 0 | 00 | 57242 | 0903 | 14345 | | 20010331 | Redacted | |
| | 0 | 00 | | 0 | | | | | |
| | 0 | 00 | | 0 | | | | | |
| | 0 | 00 | | 0 | | | | | |
| | 0 | 00 | | 0 | | | | | |

**TOTAL %:** 0000 / 10000
**TOTAL SALARY SPLIT:** Redacted

Two pages necessary if salary splits 7 through 10 are required.

## Overbase Salary: Shaded lines are for benefit based payments only.

| Fund | Unit | Department | Object | Source | Amount per Pay Period | Start Date | Stop Date Plus One |
|---|---|---|---|---|---|---|---|
| 0 | 0 | | 0 | | | | |
| 0 | 0 | | 0 | | | | |
| 0 | 0 | | 0 | | | | |
| 0 | 0 | | 0 | | | | |
| 0 | 0 | | 0 | | | | |
| 0 | 0 | | 0 | | | | |
| 0 | 0 | | 0 | | | | |

**Department Signature:** [signature] 8/4/00
**Unit Signature:**
**Budget/Other Signature:**
**Personnel Signature:** [signature]
**Provost/Vice President Signature:**
**Grant & Contract Accounting Signature:** [signature] 8/4/00

BU 0548

| EMPLOYEE ID | (LAST NAME-COMMA-DOUBLE SPACE-FIRST NAME-SPACE INITIAL) | EFFECTIVE DATE |
|---|---|---|
| 852 | | 20000717 |

| ID OR L2 TRANSFER | | LEAVE OF ABSENCE / NO PAY | | TERMINATION | |
|---|---|---|---|---|---|
| LEVEL 2 / EMPLOYEE STATUS / REASON | DATE | REASON / BEGIN DATE | RETURN DATE | REASON | LAST DAY OF WORK |
| 0 | | 713 20000517 20000725 | | | |

| GRADE | POSITION NUMBER | POSITION TITLE |
|---|---|---|
| 1 | | NURSE INTERVIEWER |

| DATE OF CURRENT POSITION | WORK LOCATION | OFFICE TELEPHONE | VAC ACC |
|---|---|---|---|
| 99905191 | 371 BEACON STREET | 6177345004 | 0 |

| MAIL CODE | PAY FREQUENCY | PAY STATUS | EMPLOYMENT CODE | WORKER'S COMP CD | JOB CODE | APPOINTMENT STATUS | REP STATUS | ASSIGNMENT DURATION | % TIME EMPL | ACADEMIC RANK |
|---|---|---|---|---|---|---|---|---|---|---|
| 2001 | 4 | A | A | D | 886317 | 1 | NE2 | 1 | 240100 | |

### SALARY CHANGE INFORMATION

| DATE OF CHANGE | REASON CD | % OF ANNUAL CHANGE | ANNUAL AMOUNT OF CHANGE | REMARKS: medical leave |
|---|---|---|---|---|
| 99907011 | 2 | 3.12 | Redacted | annual increase |
| 20000701 | | 3.50 | | |

| FUND | UNIT | DEPARTMENT | OBJECT | NORMAL HOURS PER PAY PERIOD | HOURLY RATE | SALARY PER PAY PERIOD | BASE SALARY PER YEAR | PDS PAID |
|---|---|---|---|---|---|---|---|---|
| 0 | 057 | 242 | 0907 | | | Redacted | | |
| 0 | | | 0 | | | | | |

### SALARY SPLITS

Salary splits are necessary when a salary is split between multiple departments, the total salary is charged to a permanent account or is accrued. Terminal date should be last day of pay period.

| % OF SPLIT | FUND | UNIT | DEPARTMENT | OBJECT | SOURCE | ACC | TERMINAL DATE | SPLIT AMOUNT PER PAY PERIOD | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| 2000 | 0 | 057 | 242 | 0903 | 24759 | | 20010630 | | |
| 2000 | 0 | 057 | 242 | 0903 | 247519 | | 20010630 | | |
| 8000 | 0 | 057 | 242 | 0903 | 14345 | | 20010331 | Redacted | |
| | 0 | 0 | | 0 | | | | | |
| | 0 | 0 | | 0 | | | | | |
| | 0 | 0 | | 0 | | | | | |
| | 0 | 0 | | 0 | | | | | |

| TOTAL % | | TOTAL SALARY SPLIT |
|---|---|---|
| 0000 | TWO PAGES NECESSARY IF SALARY SPLITS 7 THROUGH 10 ARE REQUIRED | Redacted |
| 00000 | | |

### OVERBASE SALARY: SHADED LINES ARE FOR BENEFIT BASED PAYMENTS ONLY.

| FUND | UNIT | DEPARTMENT | OBJECT | SOURCE | AMOUNT PER PAY PERIOD | START DATE | STOP DATE PLUS ONE |
|---|---|---|---|---|---|---|---|
| 0 | 0 | | 0 | | | | |
| 0 | 0 | | 0 | | | | |
| 0 | 0 | | 0 | | | | |
| 0 | 0 | | 0 | | | | |
| 0 | 0 | | 0 | | | | |
| 0 | 0 | | 0 | | | | |
| 0 | 0 | | 0 | | | | |

| DEPARTMENT SIGNATURE | DATE | UMT SIGNATURE | DATE | PROVOST/VICE-PRESIDENT SIGNATURE | DATE |
|---|---|---|---|---|---|
| [signature] | 7/18/00 | | | | |
| [signature] | 7/8/00 | BUDGET/OTHER SIGNATURE | | GRANT & CONTRACT ACCOUNTING SIGNATURE | 7/18 |

BU 0549

**EXHIBIT 2**



**Boston University**

Office of the General Counsel
125 Bay State Road
Boston, Massachusetts 02215
Tel: 617-353-2326
Fax: 617-353-5529

Todd L. C. Klipp
*Vice President and
General Counsel*

Michael B. Rosen
Lawrence S. Elswit
Stephen A. Williams
Dennis C. Hart
Erika Geetter
Willis G. Wang
Diane Levine Gardener
Crystal D. Talley

By Telefax and U.S. Mail
May 25, 2005

Harry C. Beach, Esq.
Law Offices of Harry C. Beach
30 Walpole Street
Norwood, Massachusetts 02062

RE:  Mellen v. Trustees of Boston University, et al.,
     Civil Action No. 04-10644-MEL (D. Mass.)

Dear Mr. Beach:

I write in response to your letter of May 19, 2005.

After conducting a reasonable investigation, the University is not aware of any other employee on the Medical Campus who failed to return from FMLA leave under circumstances similar to Ms. Mellen's, that is, without notifying anyone at BU that they did not plan to return or asking for additional time. Documents concerning employees who were not similarly situated to Ms. Mellen are not relevant, and the University stands on its objections. I believe you are mistaken as to Ms. Knecht's testimony. My notes indicate that she testified that she did not believe the "3-day grace period" was relevant to FMLA leave, and that she was not aware of any situation in which an employee did not notify the University that they did not intend to return from leave or needed additional time. We can, of course, resolve any issue regarding her testimony once we receive the transcript.

As I'm sure you appreciate, an employee's personnel file – and particularly the circumstances of medical leave – are highly personal. You have not articulated any reason that the personnel file of Ms. Dennis, who appears to have nothing whatsoever to do with Ms. Mellen's situation, is relevant to this case. Under those circumstances, the University is not obliged to produce her personnel file. *See, e.g., Whittingham v. Amherst College,* 164 F.R.D. 124, 127 (D. Mass. 1995).

If you have any questions please do not hesitate to call.

Best regards,

Crystal D. Talley

COPY