UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LINDA MELLEN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-10644-MEL |
| | ) | |
| TRUSTEES OF BOSTON | ) | |
| UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE LASKER

[ X ]   On ___March 20, 2006___, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION

    __X__ MEDIATION      _____ SUMMARY BENCH/JURY TRIAL

    _____ MINI-TRIAL      _____ SETTLEMENT CONFERENCE

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[ ]   Settled. Your clerk should enter a 30-day order of dismissal.

[ X ]   There was progress. The parties are to report back to the court on March 29, 2006, at which time the court will schedule further sessions if appropriate.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

    / s / Judith Gail Dein
    Judith Gail Dein, U.S. Magistrate Judge
DATED: March 20, 2006      ADR Provider