UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LINDA MELLEN,                      )
                                   )
              Plaintiff,           )          CIVIL ACTION
     v.                            )          NO. 04-10644-MEL
                                   )
TRUSTEES OF BOSTON                 )
UNIVERSITY, et al.,                )
                                   )
              Defendants.          )

**FURTHER REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE LASKER

[ X ]    On ____March 20, 2006_____, I held the following ADR proceeding:

_____ SCREENING CONFERENCE          _____ EARLY NEUTRAL EVALUATION

___X___ MEDIATION                      _____ SUMMARY BENCH/JURY TRIAL

_____ MINI-TRIAL                          _____ SETTLEMENT CONFERENCE

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[   ]    Settled.  Your clerk should enter a 30-day order of dismissal.

[ X ]    There was progress and the parties have continued settlement discussions since the date of the mediation.  However, the court has now been informed that the parties are at an impasse and that further mediation would not be productive.  Therefore, this case should be restored to your trial list.

[   ]    Suggested strategy to facilitate settlement:

_____

_____

                                   ____/ s / Judith Gail Dein_____
                                   Judith Gail Dein, U.S. Magistrate Judge
                                   ADR Provider

DATED:  May 31, 2006