

**Boston University**

Office of the General Counsel
125 Bay State Road
Boston, Massachusetts 02215
Tel: 617-353-2326
Fax: 617-353-5529

Todd L. C. Klipp
*Vice President and
General Counsel*

Willis G. Wang
*Deputy General Counsel*

Michael B. Rosen
Lawrence S. Elswit
Stephen A. Williams
Dennis C. Hart
Erika Geetter
Diane Levine Gardener
Crystal D. Talley
Kathleen C. Farrell

July 18, 2006

Clerk of Courts, Civil
United States District Court
Eastern District of Massachusetts
U.S. Courthouse
One Courthouse Way
Boston, MA 02210

      Re:    Linda Mellen v. Trustees of Boston University and Frances A. Drolette
              Civil Action No. 04-10644-MEL

Dear Sir/Madam:

Enclosed please find the Parties' proposed Order on Plaintiff's Further Motion To Compel Production of Documents, submitted in response to the Court's direction at the hearing on June 27, 2006.

If you have any questions please do not hesitate to call me.

                                          Best regards,

                                          Crystal D. Talley

Enclosure

cc:    Lawrence S. Elswit, Esq.
        Harry C. Beach, Esq.