**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| LINDA MELLEN, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 04 - 10644 - MEL |
| TRUSTEES OF BOSTON UNIVERSITY AND FRANCES A. DROLETTE, | ) ) ) | |
| Defendants. | ) ) ) | |

**JOINT MOTION TO CONTINUE TRIAL DATE**

Plaintiff and Defendants jointly request that this Court continue the trial in the above-referenced matter, currently scheduled to begin on September 25, 2006, until December 11, 2006. As grounds for this motion, counsel state that a key witness will be traveling out of the country during the last week of September and will be unavailable for trial.

                Respectfully submitted,

                PLAINTIFF LINDA MELLEN
                By her attorney,


                s/Harry C. Beach
                Harry C. Beach (BBO #547893)
                Law Offices of Harry C. Beach
                30 Walpole Street
                Norwood, Massachusetts  02062
Date:  July 18, 2006       (781) 255-5573

|  |  |
|---|---|
|  | DEFENDANTS TRUSTEES OF BOSTON UNIVERSITY AND FRANCES A. DROLETTE, By their attorney, |
|  | s/Lawrence S. Elswit |
|  | Lawrence S. Elswit (BBO #153900) |
|  | Crystal D. Talley (BBO #633759) |
|  | Boston University |
|  | Office of the General Counsel |
|  | 125 Bay State Road |
|  | Boston, Massachusetts  02215 |
| Date:  July 18, 2006 | (617) 353-2326 |

- 2 -