Case 1:04-cv-10644-MEL    Document 51-5    Filed 09/21/2006    Page 1 of 3

12

# COMMONWEALTH OF MASSACHUSETTS

**SUFFOLK, s.s.**

**SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT CIVIL ACTION NO. 02-2294**

```
                                          )
LINDA PIVACEK and                         )
MARILYN LEAVY,                            )
                                          )
        Plaintiffs,                       )
                                          )
             vs.                          )
                                          )
TRUSTEES OF BOSTON UNIVERSITY,            )
and C. ROBERT VALERI, M.D.,               )
                                          )
        Defendants.                       )
                                          )
```

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Massachusetts Rules of Civil Procedure, the

undersigned parties hereby stipulate to dismissal of this action, with prejudice and with each

party to bear its own costs and attorney's fees.

*NOTICE*
*6-16-03*
*WAK.*
*EG.*
*L-SE.*
*BUGCO*
*SDE.*
*RES.*
*SWTM*
*bm*

WITNESS our hands and seals this ___ day of _____, 2003.

For the Plaintiffs
LINDA PIVACEK AND MARILYN LEAVY
By their attorney,

_____
Wendy A. Kaplan    (BBO # 259360)
18 Tremont Street, Suite 704
Boston, Massachusetts 02108
(617) 557-4114

JUDGMENT ENTERED ON DOCKET ___6-16___ 2003 *(AS AMended)*
PURSUANT TO ................................. R. CIV. P. 58(a)
AND NOTICE ................................... SENT TO THE PRO-
VISIONS OF MASS. R. CIV. P. 77(d) AS FOLLOWS

For Defendant
TRUSTEES OF BOSTON UNIVERSITY,
By its attorney,


*Erika Geetter*

Erika Geetter  (BBO # 635083)
Office of the General Counsel
125 Bay State Road
Boston, Massachusetts  02215
(617) 353-2326


For Defendant
DR. C. ROBERT VALERI,
By his attorney,


*Sheryl Eisenberg*

Sheryl Eisenberg  (BBO # 641304)
Sullivan Weinstein & McQuay, P.C.
Two Park Plaza, Suite 610
Boston, Massachusetts  02116
(617) 348-4300


June 11 , 2003


## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of
the above document was served upon the attorney
of record for each other party by mail/by hand.

Date: 6-11-03  *Erika Geetter*