9

Case 1:04-cv-10644-MEL    Document 51-10    Filed 09/21/2006    Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04-10644-MEL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
LINDA MELLEN,
    Plaintiff,

v.

TRUSTEES OF BOSTON
UNIVERSITY and FRANCES
A. DROLETTE,
    Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF LINDA MELLEN IN SUPPORT OF HER OPPOSITION TO DEFENDANTS' MOTION TO QUASH SUBPOENA UPON NON-PARTY

(1) I am the plaintiff in this action.

(2) I first learned in or about late May 2006 that the *Pivacek/Leavy* litigation against Boston University involved allegations of retaliation and University misconduct regarding employee leave, including FMLA leave.

(3) I had no knowledge prior to late May 2006 that the *Pivacek/Leavy* matter included the same sort of retaliation and employee leave issues that my case involved.

(4) I then arranged to have the public files that were located at the Suffolk County Superior Court and at the Massachusetts Commission against Discrimination to be searched regarding this *Pivacek/Leavy* matter.

(5) The documents that were found included the Superior Court complaint and answer, a letter from Dr. Chobanian to Ms. Pivacek, a stipulation of dismissal, the *Pivacek/Leavy* charge with the Massachusetts Commission against Discrimination, and certain filings by the University's co-defendant, a University employee named Dr. C. Robert Valeri.

So stated upon my personal knowledge and information, under the pains and penalties of perjury, this 19th day of September 2006.

_____
Linda Mellen