# Boston University

Office of the General Counsel
125 Bay State Road
Boston, Massachusetts 02215
Tel: 617-353-2326
Fax: 617-353-5529

Todd L. C. Klipp
*Vice President and
General Counsel*



Willis G. Wang
*Deputy General Counsel*

Michael B. Rosen
Lawrence S. Elswit
Stephen A. Williams
Dennis C. Hart
Erika Geetter
Diane Levine Gardener
Crystal D. Talley
Kathleen C. Farrell

October 2, 2006

Clerk of Courts, Civil
United States District Court
Eastern District of Massachusetts
U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re: Linda Mellen v. Trustees of Boston University and Frances A. Drolette
Civil Action No. 04-10644-MEL

Dear Sir/Madam:

I write to note a correction in the Reply in Support of Defendants' Motion To Quash Subpoena and for Entry of a Protective Order, filed September 28, 2006. On page 4 the Reply states that Plaintiff did not quote from her Request for Production of Documents in her Opposition. That statement is in error. Plaintiff did quote from her Request for Production of Documents on page 5 of her Opposition. Although this point does not appear to relate to the substance of the underlying Motion, I wanted to correct the mistake.

If you have any questions please do not hesitate to contact me.

Very truly yours,

Crystal D. Talley

cc: Harry C. Beach, Esquire