UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04-10644-MEL



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
LINDA MELLEN,
    Plaintiff,

v.

TRUSTEES OF BOSTON
UNIVERSITY and FRANCES
A. DROLETTE,
    Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S MOTION FOR RECONSIDERATION OF COURT'S ORDER OF SEPTEMBER 28, 2006, ALLOWING DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY; ALTERNATIVELY, PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' REPLY, WITH CROSS-MOTION FOR SANCTIONS

The plaintiff, Linda Mellen, moves the Court to reconsider its September 28, 2006 Order allowing defendants to file a reply to plaintiff's opposition to defendants' motion to quash plaintiffs' subpoena *duces tecum* to the Law Offices of Wendy A. Kaplan. Alternatively, plaintiff moves for the Court's leave to file a response to defendants' reply.

As grounds hereto, the plaintiff Mellen states:

(1) Defendants' Motion for Leave to File Reply, filed September 26, 2006, was granted by the Court on September 28, 2006, that is, 12 days before the expiration of the 14-day period (LR, D.Mass. 7.1(B)(2)) normally allowed an opposing party for filing an opposition, *see also* LR, D.Mass. 7.1(F)(a motion may be determined without a hearing "after an opposition is filed, or, if no opposition is filed, after the time for filing an opposition has elapsed"); and,