UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04-10644-MEL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
LINDA MELLEN,
    Plaintiff,

v.

TRUSTEES OF BOSTON
UNIVERSITY and FRANCES
A. DROLETTE,
    Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**STIPULATION OF DISMISSAL WITH PREJUDICE REGARDING COUNTS VI AND VII OF PLAINTIFF'S COMPLAINT (FMLA/SNLA RETALIATION)**

In accordance with Fed.R.Civ.P., R. 41(a)(1)(ii), the plaintiff, Linda Mellen, and the defendants Trustees of Boston University and Frances A. Drolette, stipulate to the dismissal with prejudice of Counts VI and VII of plaintiff's Complaint, and any related claims to the extent such claims relate solely to defendants' wrongful retaliation against plaintiff on account of her exercise of rights under the Family and Medical Leave Act, 29 U.S.C. s. 2601 *et seq.* ("FMLA"), and the analogue state law, the Small Necessities Leave Act, M.G.L. ch. 149, s. 52D ("SNLA"). Plaintiff waives all rights to appeal any of the claims dismissed by this Stipulation, and each party shall bear its own costs relating to such claims.

Respectfully submitted,

**Linda Mellen,** by her attorney,

/s/
_____
Harry C. Beach BBO#547893
**Law Offices of Harry C. Beach**
30 Walpole Street
Norwood, MA 02062
Office: 781.769.6900
Cell: 617.968.4531
AttyBeach@aol.com


**Trustees of Boston University and
Frances A. Drolette,** by their attorney,


/s/
_____
Lawrence S. Elswit BBO#153900
Crystal D. Talley BBO#633759
**Boston University, Office of General
Counsel**
125 Bay State Road
Boston, MA 02215
617.353.2326


**November 30, 2006**