UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04-10644-MEL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

LINDA MELLEN,
    Plaintiff,

v.

TRUSTEES OF BOSTON
UNIVERSITY and FRANCES
A. DROLETTE,
    Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FINAL JUDGMENT

In accordance with Federal Rules of Civil Procedure, Rules 54(a) and 58, this Final Judgment is entered by the Court:

It is hereby Ordered, Adjudged, and Decreed that Final Judgment is entered in favor of the defendants Trustees of Boston University and Frances A. Drolette ("Defendants") as to the claims of the plaintiff Linda Mellen for interference with and/or breach of plaintiff's rights under the Family and Medical Leave Act, 29 U.S.C. s. 2601 et seq. ("FMLA") and the Massachusetts Small Necessities Leave Act ("SNLA"), Mass.G.L. ch. 149, s. 52D, as adjudicated by the Court's Endorsements of October 18, 2005, and December 1, 2005, upon the parties' respective motions for summary judgment.

It is further Ordered, Adjudged, and Decreed that Final Judgment is entered in favor of Defendants as to the claims of the plaintiff Mellen for retaliation under the FMLA and/or SNLA, as provided by the parties' Stipulation of Dismissal with Prejudice

Regarding Counts VI and VII of Plaintiff's Complaint (FMLA/SNLA Retaliation), filed with the Court on or about November 30, 2006.

So Ordered, this __12__ day of December, 2006.

_____
**Morris E. Lasker, U.S.D.J.**