UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04-10644-MEL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**LINDA MELLEN,**
    **Plaintiff,**

**v.**

**TRUSTEES OF BOSTON UNIVERSITY and FRANCES A. DROLETTE,**
    **Defendants.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEAL (Fed.R.App.P., R. 3(a))

Notice is hereby given that Linda Mellen, plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the First Circuit from the Final Judgment of the United States District Court for the District of Massachusetts (Lasker, J.), entered in this action on December 12, 2006, including the October 19, 2005 and December 1, 2005 Endorsements of the District Court referenced in said Final Judgment.

Respectfully submitted,
**Linda Mellen,** by her attorney,

/s/ Harry C. Beach
Harry C. Beach BBO#547893
**Law Offices of Harry C. Beach**
30 Walpole Street
Norwood, MA 02062
Office: 781.769.6900
Cell: 617.968.4531
AttyBeach@aol.com

**January 9, 2007**