# United States Court of Appeals
## For the First Circuit

**MANDATE**

No. 07-1151

LINDA MELLEN,

Plaintiff, Appellant,

v.

TRUSTEES OF BOSTON UNIVERSITY and FRANCES DROLETTE,

Defendants, Appellees.

---

**JUDGMENT**

Entered: September 21, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment to the Trustees of Boston University and Frances Drolette is affirmed.

The Appellant's September 20, 2007, motion for leave to submit additional papers is denied.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date:

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: Margaret Carter, Chief Deputy Clerk

[cc: Mr. Elswit, Mr. Beach, & Ms. Talley.]